

**NUMBER**
**13-11-00626-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

FALCON INTERNATIONAL BANK,                                          Appellants,
RAY A. GONZALEZ, AS TRUSTEE FOR FALCON
INTERNATIONAL BANK, AND CURT CAVAZOS,

v.

MARK A. CANTU, ROXANNE PENA CANTU,
INDIVIDUALLY,  AND CANFLOR, L.P.,
A TEXAS LIMITED PARTNERSHIP,                                         Appellees.

On appeal from County Court at Law No. 7
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellants, Falcon International Bank, Ray A. Gonzalez, as Trustee for Falcon

International Bank, and Curt Cavazos, perfected an interlocutory appeal from a

temporary injunction order rendered by the County Court at Law No. 7 of Hidalgo County, Texas, in trial court cause number CL-11-2671-G. Appellants have filed an unopposed motion to dismiss the appeal on grounds that the trial court has dismissed the underlying case for lack of subject matter jurisdiction, thereby automatically dissolving the temporary injunction *See, e.g., Gen. Land Office v. OXY U.S.A., Inc.*, 789 S.W.2d 569, 571 (Tex. 1990)..

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement to the parties, the Court will tax costs against the appellant.") Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
15th day of March, 2012.

2